RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
aden_kebede@fd.org

Attorney for Jesus Munoz

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JESUS MUNOZ,<br><br>       Defendant. | Case No. 2:18-cr-00175-MMD-BNW<br><br>**STIPULATION TO DISMISS PETITION, VACATE REVOCATION HEARING, AND MODIFY CONDITIONS OF SUPERVISED RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, through Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Jesus Munoz, that this Court amend the conditions of Supervised Release.

This Stipulation is entered into for the following reasons:

1. United States Probation Officer Amanda Stevens submitted a Petition for Warrant for Offender Under Supervision on December 21, 2023. (ECF No. 61).

2. The Court held an initial appearance on December 29, 2023. (ECF No. 71). The Court order Mr. Munoz released on a personal recognizance bond subject to the existing

conditions of supervised release, with additional conditions, pending the revocation hearing. Additional conditions of release were: (1) Defendant shall submit to drug testing as directed by the probation officer and (2) Defendant shall participate in substance abuse treatment as directed by the probation officer.

3. Defense counsel has conferred with Probation and the Government, and the parties stipulate to modify Mr. Munoz's supervision conditions to add the same bond conditions to his supervised release conditions: (1) Defendant shall submit to drug testing as directed by the probation officer and (2) Defendant shall participate in substance abuse treatment as directed by the probation officer.

4. The parties stipulate to the Court dismissing the Petition without prejudice (ECF No. 61).

5. The parties further stipulate to the Court vacating the revocation hearing set for Wednesday, January 17, 2024 at 1:30 PM.

DATED this 8th day of January 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Kimberly Frayn*<br>Kimberly Frayn<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JESUS MUNOZ,<br><br>         Defendant. | Case No. 2:18-cr-00175-MMD-BNW |

### ORDER

IT IS HEREBY ORDERED, that this Court modify the conditions of Jesus Munoz's supervised release to include the following conditions: (1) Defendant shall submit to drug testing as directed by the probation officer and (2) Defendant shall participate in substance abuse treatment as directed by the probation officer.

IT IS FURTHER ORDERED that the Petition for Warrant at ECF No. 61 is dismissed without prejudice.

IT IS FURTHER ORDERED, that the revocation hearing on January 17, 2024 at 1:30 PM is vacated.

DATED this 8th day of January 2024.

_____
UNITED STATES DISTRICT JUDGE